# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:11-CV-31-RLV-DCK

| | |
|---|---|
| BARRY MALLEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALLSTATE LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant and Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALICE MALLEK, ) | |
| ) | |
| Third-Party Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Allstate Life Insurance Company's Motion For Service Of Statutory Interpleader Complaint On Out-Of-State Claimant Pursuant To 28 U.S.C. § 2361" (Document No. 6) filed April 8, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. No response to this motion has been filed, and the time to do so has lapsed.

Third-Party Plaintiff Allstate Life Insurance Company ("Allstate") seeks an order directing service of its "...Answer And Counterclaim And Third-Party Complaint For Interpleader" (Document No. 4) on out-of-state claimant and Third-Party Defendant Alice Mallek. Having carefully considered the motion, the record, and applicable authority cited by Allstate, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Allstate Life Insurance Company's Motion For Service Of Statutory Interpleader Complaint On Out-Of-State Claimant Pursuant To 28 U.S.C. § 2361" (Document No. 6) is **GRANTED**. Third-Party Plaintiff shall contact the United States

Marshal Service and make the appropriate arrangements for service of process, including providing all necessary documents and fees.

Signed: May 11, 2011

David C. Keesler
United States Magistrate Judge