# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| BARRY MALLEK, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:11-CV-0031-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLSTATE LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| ALICE MALLEK, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2014, Order.

January 21, 2014

Frank G. Johns, Clerk
United States District Court