# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| BARRY MALLEK, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:11-CV-00031-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLSTATE LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALICE MALLEK, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2014, Order and the December 17, 2014, Order.

December 17, 2014

Frank G. Johns, Clerk
United States District Court